# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY G. GRANT,

    Plaintiff,

vs.

NEVADA DISABILITY ADVOCACY
AND LAW CENTER,

    Defendant.

Case No.  2:14-cv-01640-JCM-CWH

**ORDER**

    Presently before the Court is Plaintiff Gregory G. Grant's Response (ECF No. 31) to the Court's Order referring this case to the Pilot *Pro Bono* Program (ECF No. 25), filed on September 21, 2015.  Plaintiff Grant requests that the Court send him a copy of all of the filings in this case because all of his legal documents were taken by staff of the Nevada Department of Corrections and have not been returned to him.  Plaintiff Grant states that he needs a copy of the documents filed in this case to prepare for his competency hearing.[1]  Having reviewed and considered Plaintiff Grant's Response, and good cause appearing, the Court will require the Clerk's Office to send Plaintiff Grant paper copies of the docket sheet and the filings in this case.

    The Court further notes that Plaintiff Grant was appointed *pro bono* counsel, Rebekah Rini, Esq., on August 28, 2015, for the limited purpose of representing Plaintiff Grant for the competency hearing.  (Order (ECF No. 27).)  Under Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case."  Plaintiff Grant is therefore advised that until the time of the competency hearing, any future filings in this case must

---

[1] Plaintiff Grant also raises various arguments related to the Nevada Supreme Court's findings regarding Plaintiff Grant's competency to stand trial in the state court proceedings.  Given that the Court will entertain argument and evidence regarding Plaintiff Grant's competence at the video conference hearing set for October 20, 2015, at 9:00 a.m., the Court will not address Plaintiff Grant's arguments at this time.

be made by his attorney.

  IT IS THEREFORE ORDERED that the Clerk of Court shall send to Plaintiff Grant paper copies of the docket sheet and all of the filed documents in this case.

  DATED: September 23, 2015.

                _____
                **C.W. Hoffman, Jr.**
                **United States Magistrate Judge**