**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY G. GRANT, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01640-JCM-CWH |
| vs. | ) **ORDER** |
| NEVADA DISABILITY ADVOCACY AND LAW CENTER, | ) |
| Defendant. | ) |

Having reviewed and considered Plaintiff Gregory G. Grant's unopposed motion (ECF No. 37) to continue the video conference hearing set for November 20, 2015, and good cause appearing,

IT IS ORDERED that Plaintiff Gregory G. Grant's Motion to Continue November 20, 2015 Hearing (ECF No. 37) is GRANTED. The Court is working with the Nevada Department of Corrections to reschedule the video conference hearing and will enter a separate order when the date and time are confirmed.

DATED: November 20, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**