# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. GRANT, | |
| Plaintiff, | Case No. 2:14-cv-01640-JCM-CWH |
| vs. | **ORDER** |
| NEVADA DISABILITY ADVOCACY AND LAW CENTER, | |
| Defendant. | |

IT IS ORDERED that a video conference hearing regarding Plaintiff Gregory G. Grant's claim of incompetency is set for Friday, February 12, 2016, at 9:00 a.m. in Room #3054, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.  Plaintiff Grant must participate in the hearing through video conferencing.

IT IS FURTHER ORDERED that the Nevada Department of Corrections must make Plaintiff Gregory G. Grant available at the Northern Nevada Correctional Center for the video conference hearing on Friday, February 12, 2016, at 9:00 a.m.

DATED: February 4, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**