# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. GRANT,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA DISABILITY ADVOCACY<br>AND LAW CENTER,<br><br>        Defendant. | Case No.  2:14-cv-01640-JCM-CWH<br><br>**ORDER** |

      On February 12, 2016, the Court held a video conference hearing regarding Plaintiff Gregory G. Grant's claim of incompetency.  At the hearing, the Court ordered Mr. Grant's counsel to obtain Mr. Grant's prison institutional file, commonly known as an "I-file," and to supplement the Memorandum Regarding Plaintiff's Competency (ECF No. 40) with that information.  On February 29, 2016, Mr. Grant's counsel filed a memorandum (ECF No. 44) stating that on February 29, 2016, counsel had issued a subpoena to the Nevada Department of Corrections for the I-file. The subpoena requested a response by March 14, 2016.

      IT IS ORDERED that by April 18, 2016, Plaintiff Gregory G. Grant must file a status report regarding the subpoena and proposing a briefing schedule for Plaintiff's supplemental brief.

      DATED: April 8, 2016.

                                                          _____<br>
                                                          **C.W. Hoffman, Jr.**<br>
                                                          **United States Magistrate Judge**