# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GREGORY G. GRANT, )
)
              Plaintiff, )     Case No. 2:14-cv-01640-JCM-CWH
)
vs. )     **ORDER**
)
NEVADA DISABILITY ADVOCACY )
AND LAW CENTER, )
)
              Defendant. )
_____ )

       This matter is before the court on the referral of Plaintiff Gregory G. Grant's case to the court's Pro Bono Program. On May 10, 2017, the court referred this matter to the Pro Bono Program for the purpose of identifying a guardian ad litem as well as a pro bono attorney to represent Plaintiff to the conclusion of this case. (Order (ECF No. 53).) The court was unable to place the case with Nevada Legal Services or the Legal Aid Center of Southern Nevada. Currently, the court is attempting to secure representation for Plaintiff through Washoe Legal Services. The court requests that the Pro Bono Liaison continue to attempt to secure representation for Plaintiff through the Pro Bono Program.

       IT IS SO ORDERED.

       IT IS FURTHER ORDERED that the Clerk of Court must serve a copy of this order on Plaintiff Gregory G. Grant.

       DATED: June 15, 2017

                                         _____
                                   **C.W. Hoffman, Jr.**
                                   **United States Magistrate Judge**