# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY G. GRANT,

    Plaintiff,

vs.

NEVADA DISABILITY ADVOCACY AND LAW CENTER,

    Defendant.

Case No. 2:14-cv-01640-JCM-CWH

**ORDER**

This matter is before the court on Plaintiff Gregory G. Grant's Response to Court Order (ECF No. 57), filed on September 15, 2017.

Mr. Grant requests that court attempt to secure legal representation for him in Carson City, Nevada, rather than Washoe County given that he is incarcerated at Northern Nevada Correctional Center in Carson City. In its most recent order, the court directed the pro bono liaison to continue to attempt to secure legal representation for Mr. Grant through Washoe Legal Services. (Order (ECF No. 56).) Washoe Legal Services is a legal aid organization that serves Washoe County as well as the rural Nevada counties, and it serves the area in which Mr. Grant is located. The court therefore will continue its efforts to secure representation for Mr. Grant through Washoe Legal Services.

IT IS SO ORDERED.

DATED: September 19, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**