# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. GRANT, | |
| Plaintiff, | Case No. 2:14-cv-01640-JCM-CWH |
| vs. | **ORDER** |
| NEVADA DISABILITY ADVOCACY AND LAW CENTER, | |
| Defendant. | |

This matter is before the court on the referral of plaintiff Gregory G. Grant's case to the court's Pro Bono Program for the purpose of identifying a guardian ad litem as well as a pro bono attorney to represent Mr. Grant. The court has been unable to place the case with Nevada Legal Services, the Legal Aid Center of Southern Nevada, or Washoe Legal Services. In its continuing effort to assist Mr. Grant, the court sent a written notice to the State Bar of Nevada on March 30, 2018, to attempt to secure representation for Mr. Grant. The court will continue to notify Mr. Grant of the case status when updates are available.

IT IS SO ORDERED.

DATED: April 9, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**