# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREGORY G. GRANT,

    Plaintiff,

vs.

NEVADA DISABILITY ADVOCACY AND LAW CENTER,

    Defendant.

Case No. 2:14-cv-01640-JCM-CWH

**ORDER**

This matter is before the court on the referral of pro se plaintiff Gregory G. Grant's case to the State Bar of Nevada for the purpose of identifying a guardian ad litem as well as a pro bono attorney to represent Mr. Grant. The court was unable to place the case through the State Bar of Nevada. In its continuing effort to assist Mr. Grant, on July 24, 2018, the court sent a written notice to the University of Nevada, Las Vegas, William S. Boyd School of Law, to attempt to secure representation for Mr. Grant through the law school's clinical program. The court will continue to notify Mr. Grant of the case status when updates are available.

IT IS SO ORDERED.

DATED: July 25, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**