# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. GRANT, | |
| Plaintiff, | Case No. 2:14-cv-01640-JCM-CWH |
| vs. | **ORDER** |
| NEVADA DISABILITY ADVOCACY AND LAW CENTER, | |
| Defendant. | |

This matter is before the court on the referral of pro se plaintiff Gregory G. Grant's case to the University of Nevada, Las Vegas, William S. Boyd School of Law, for the purpose of identifying a guardian ad litem as well as a pro bono attorney to represent Mr. Grant. The court was unable to place the case through the law school's clinical program. In its continuing effort to assist Mr. Grant, the court will contact the local county bar associations to attempt to secure representation for Mr. Grant. The court will continue to notify Mr. Grant of the case status when updates are available.

IT IS SO ORDERED.

DATED: September 28, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**