# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. GRANT,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DISABILITY ADVOCACY<br>AND LAW CENTER,<br><br>    Defendant. | Case No. 2:14-cv-01640-JCM-CWH<br><br>**ORDER** |

This matter is before the court on the status of the court's efforts to identify a guardian ad litem as well as a pro bono attorney to represent Mr. Grant. A notice seeking a guardian ad litem and a pro bono attorney was published in the February 2019 edition of the Clark County Bar Association's *Communiqué*. The relevant page containing the notice is attached to this order for the court's record. The court did not receive any responses to the notice. The court will continue to notify Mr. Grant of the case status when updates are available.

IT IS SO ORDERED.

DATED: February 26, 2019

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**



*29th Annual*

## Meet Your Judges Mixer

**When & Where:**

May 9, 2019
5:30 p.m. to 8:30 p.m.

The Smith Center for the Performing Arts, Grand Lobby, 361 Symphony Park Avenue, Las Vegas

Complimentary valet and golf cart shuttle service for self parking

**About:**

Entrance fee:
- $50 CCBA member
- $75 Non-member
- Judges are complimentary

Silent Auction

**Premier Sponsor:**



**Sponsorships available.**

Contact CCBA at (702) 387-6011.

**Changes** *continued from page 15*

No time limit exists for the Governor to make his choice. However, if appointments are not made within 30 days following submission of names by the Commission, the Governor may make no other appointments to public office.

### Judicial Openings in Las Vegas

The Nevada Commission on Judicial Selection has made applications available for attorneys interested in filling judicial seats currently open in Clark County's Eighth Judicial District Court, Departments 6, 9, and G.

Nevada attorneys with 10 years of legal experience and two years of Nevada residency are encouraged to apply for the opening. Applications are due by 5 p.m., February 8, 2019, and can be found at http://nvcourts.link/NVJudicialSelection.

### Nevada Family Court Assessment to Review Las Vegas and Reno Family Courts

The Supreme Court of Nevada, Administrative Office of the Courts, has contracted with the National Council of Juvenile and Family Court Judges (NCJFCJ) to complete an assessment of Family Courts in Washoe and Clark counties.

The Nevada Family Court Assessment will determine whether the Family Courts are meeting expectations of lawmakers and families, following state and local court rules, and resolving legal disputes timely and effectively.

### Federal Court Pro Bono Case Announcement

The United States District Court for the District of Nevada seeks a guardian ad litem and an attorney to represent pro se plaintiff, Gregory G. Grant, in *Grant v. Nevada Disability Advocacy and Law Center*, case number 2:14-cv-01640-JCM-CWH. Mr. Grant is an inmate at Northern Nevada Correctional Center in Carson City, Nevada, who suffers from mental illness. Following a competency hearing, the court determined that Mr. Grant is incompetent under Rule 17(c)(2) of the Federal Rules of Civil Procedure. The appointment would be for the limited purpose of (1) investigating what claims, if any, Mr. Grant may have against the Nevada Disability Advocacy and Law Center, which he alleges has failed to adequately advocate for his rights with respect to the Nevada Department of Corrections; (2) taking appropriate steps to pursue those claims; and (3) evaluating whether the case is appropriate for alternative dispute resolution under Local Rule 16-5. By seeking representation for Mr. Grant, the court is not expressing an opinion on the merits of his case.

Interested attorneys should contact Magistrate Judge Hoffman's chambers at 702-464-5580 for more information.