UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY G. GRANT,<br><br>Plaintiff(s),<br><br>v.<br><br>NEVADA DISABILITY ADVOCACY AND LAW CENTER,<br><br>Defendant(s). | Case No. 2:14-CV-1640 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Grant v. Nevada Disability Advocacy And Law Center*, case number 2:14-cv-1640-JCM-CWH.

On October 6, 2014, plaintiff Gregory Grant, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC") initiated this civil rights action against defendant Nevada Disability Advocacy and Law Center. (ECF No. 1).

On August 28, 2015, the court appointed Rebekah L. Rini as *pro bono* counsel for the purpose of representing plaintiff at a competency hearing. (ECF No. 27). On May 10, 2017, the court held that Grant is incompetent for the limited purpose of representing himself in this case. *Id*. The court also terminated Rebekah L. Rini and referred plaintiff to the court's Pro Bono Program to identify a guardian as well as an attorney pursuant to Federal Rule of Civil Procedure 17(c). *Id*. The Pro Bono Program was unable to secure representation for plaintiff. *See* (ECF No. 54).

On July 3, 2017, plaintiff relocated to the Northern Nevada Correctional Center in Carson City, Nevada. (ECF No. 55). Despite the long distance between Las Vegas and Carson City, the court attempted to appoint a guardian by placing the case through Washoe Legal Services, sending a written notice to the State Bar of Nevada, sending a written notice to the University of Nevada,

**James C. Mahan**
**U.S. District Judge**

Las Vegas, William S. Boyd School of Law, and publishing a notice in the Clark County Bar Association's *Communiqué*. (ECF Nos. 63, 64, 65, 66). These efforts were also unsuccessful.

Because plaintiff resides at the Northern Nevada Correctional Center, any legal representation will necessarily take place in the Northern counties. The court, due to its limited knowledge of the resources available in those counties, has not been able to secure representation for plaintiff. Therefore, the court orders the random assignment of this case to a northern district judge and a northern magistrate judge so that plaintiff will have greater odds of having the merits of his case adjudicated.

IT IS SO ORDERED

DATED March 7, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**